IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EVERILDO CORTEZ MARTINEZ,

    Petitioner,

v.                                                        Civil Action No. **3:20CV671**

**RUSSELL HOTT**, *et al.*,

    Respondents.

## MEMORANDUM OPINION

Petitioner, a federal detainee proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on September 8, 2020, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to complete and return the standardized form for filing a § 2241 petition as required by Eastern District of Virginia Local Civil Rule 83.4(A). The Court warned Petitioner that the failure to comply with the above directive would result in the dismissal of the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than eleven (11) days have elapsed since the entry of the September 8, 2020 Memorandum Order and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                      /s/
                                                  John A. Gibney, Jr.
                                                  United States District Judge

Date: 30 October 2020
Richmond, Virginia